UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MALCOLM VINCENT HILL,

    Petitioner,

v.

CYNTHIA TAMPKINS, Warden,

    Respondent.

No. EDCV 16-1141 DSF (FFM)

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice as time-barred.

DATED: 5/22/17

DALE S. FISCHER
United States District Judge